UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAZVINEYI GRACE MUTSEYEKWA,
Petitioner,

v.

SERGIO ALBARRAN, et al.,
Respondents.

Case No. 3:26-cv-08468-JSC

**ORDER REQUIRING STATUS REPORT AND SETTING HEARING DATE FOR PRELIMINARY INJUNCTION**

Re: Dkt. Nos. 2, 4

Petitioner Hazvineyi Grace Mutseyekwa, a citizen of Zimbabwe, filed a writ of habeas corpus and motion for a temporary restraining order seeking her immediate release from immigration detention. (Dkt. Nos. 1, 2.) The duty judge granted the temporary restraining order and issued an order to show cause as to why a preliminary injunction should not issue. (Dkt. No. 4.) Respondents are ordered to file a status report by 1:00 p.m. confirming Petitioner has been released from immigration detention.

The Court resets the hearing on the preliminary injunction for September 9, 2026 at 9:00 a.m. by z Zoom videoconference. The Court finds there is good cause to continue the temporary restraining order until September 11, 2026 at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: August 17, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California