UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAZVINEYI GRACE MUTSEYEKWA, Petitioner, v. SERGIO ALBARRAN, et al., Respondents. | Case No. 3:26-cv-08468-JSC **ORDER RE: INTENT TO GRANT PETITION** Re: Dkt. No. 10 |

Petitioner Hazvineyi Grace Mutseyekwa filed a habeas petition and motion for a temporary restraining order (TRO), seeking to enjoin her detention by the Department of Homeland Security's Immigration and Customs Enforcement ("ICE"). (Dkt. Nos. 1, 2.[1]) The general duty judge granted Petitioner's motion, ordered her release from custody, and enjoined Respondents from re-detaining her absent prior notice and a pre-deprivation hearing. (Dkt. No. 4.)

The Court subsequently entered a preliminary injunction requiring Respondents to provide Petitioner no less than seven (7) days' notice and a pre-detention hearing before a neutral decisionmaker if they seek to re-detain her and restraining Respondents from removing her to a third county without first providing her notice and a meaningful opportunity to be heard on a fear-based claim before an immigration judge. (Dkt. No. 10 at 8.) The parties were ordered to meet and confer and file either a proposed briefing schedule or a stipulation that the reasoning of the Court's order warranted granting the petition and entering judgement. (*Id.*) The parties have done neither and the deadline has run. Accordingly, if the parties do not file a proposed briefing schedule by October 2, 2026, the Court will adopt the reasoning of its preliminary injunction

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

United States District Court
Northern District of California

order, grant the petition, and enter judgment in Petitioner's favor.

**IT IS SO ORDERED.**

Dated: September 29, 2026

JACQUELINE SCOTT CORLEY
United States District Judge